FILED

11/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0279

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0279

_____

DANA ROLAN, on her own behalf and on
behalf of the class she represents,

       Plaintiffs and Appellees,

   v.

NEW WEST HEALTH SERVICES, DARWIN
SELECT INSURANCE COMPANY and ALLIED
WORLD ASSURANCE COMPANY and DARWIN
NATIONAL ASSURANCE COMPANY,

       Defendants and Appellants.                     O R D E R

_____

ALLIED WORLD ASSURANCE COMPANY,

       Counter-Claimant and Appellant,

   v.

DANA ROLAN, on her own behalf and on
behalf of the class she represents,

       Counter-Defendants and Appellees.

_____

Appellant Allied World Assurance Company, by counsel, has filed a Motion for Extension of Time within which to file its reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before December 21, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 9 2020